IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-5-KS

| | |
|---|---|
| JUSTIN CARLISLE GRAHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | **ORDER** |

For good cause shown, Defendant's motion to appear telephonically at the oral argument hearing scheduled for April 20, 2022 [DE #35] is GRANTED. Defendant shall be permitted to appear via video teleconferencing ("VTC"). At least five (5) days before the scheduled hearing, counsel for Defendant shall submit to the court a VTC Request Form, which is available on the court's website at https://www.nced.uscourts.gov/attorney/crtech.aspx.

This 13th day of April 2022.

_____
KIMBERLY A. SWANK
United States Magistrate Judge