UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JUSTIN CARLISLE GRAHAM<br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>*Acting Commissioner of Social Security*<br>    Defendant. | **JUDGMENT**<br>Case No. 7:21-CV-5-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank on the parties' cross motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** the court grant's the Plaintiff's Motion for Judgment on the Pleadings [DE-24], denies the Defendant's Motion for Judgment on the Pleadings [DE-32], and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the court's order.

This judgment filed and entered on August 22, 2022, with electronic service upon:

Michael Gillespie, *Counsel for Plaintiff*
Amanda Gilman, *Counsel for Defendant*

                                 **PETER A. MOORE, JR.**
                                 CLERK, U.S. DISTRICT COURT

DATE: August 22, 2022                /s/ *Shelia Foell*
                                            (By): Shelia Foell
                                            Deputy Clerk, U.S. District Court