IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-cv-00005-KS

JUSTIN C. GRAHAM )
      Plaintiff, )
)
v. ) ORDER APPROVING 406(b) FEES
)
FRANK BISIGNANO )
)
Commissioner of Social Security )
)
      Defendant. )
_____ )

    Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), seeking an attorney's fee from past due benefits of $124,891 payable to Plaintiff. The fee requested is $22,022.75. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant, 42 U.S.C. §406(b). In this case, the Commissioner withheld 25 percent of past due benefits ($31,222.75). Plaintiff's counsel's request represents approval of attorney fees of $ 22,022.75, and counsel will refund $5738.43 of that amount, previously awarded as EAJA fees, to the plaintiff.

    Under *Gisbrecht v. Barnhart*, 535 U.S. 789, 122 S. Ct. 1817 (2002), it is the duty of the Court to determine a reasonable fee.

    The Court, in *Culbertson v. Berryhill*,586 U.S. 304, 139 S. Ct. 517(2019), has endorsed the use of a contingency contract between the parties to allow up to a 25% fee of aggregate benefits for representation in Federal Court, providing that such a fee is reasonable.

    It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $22,022.75 from which counsel will refund EAJA fees of $5738.43 to the plaintiff.

Those fees will be paid to Michael Gillespie of the firm The Law Offices of James B. Gillespie, Jr., P.O. Box 16238, Wilmington, NC 28408-6238.

This the 7th day of January 2026.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge