UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

JUSTIN CARLISLE GRAHAM,
    Plaintiff,

v.

FRANK J. BISIGNANO,
Commissioner of Social Security,
    Defendant.

**JUDGMENT**

Case No. 7:21-CV-5-KS

**Decision by Court.**

This action came before court for consideration of the Plaintiff's Motion for Attorney Fees [DE-44]. IT IS ORDERED, ADJUDGED AND DECREED Plaintiff's Motion [DE-44] is granted and Plaintiff's counsel is awarded attorney fees under 42 U.S.C. § 406(b) in the amount of $22,022.75 from which counsel will refund EAJA fees of $5,738,43 to the plaintiff.

This judgment filed and entered on January 8, 2026, with *electronic service* upon:

**Michael Gillespie**
*Counsel for Plaintiff*

**Cassia Parson**
**Amanda Gilman**
*Counsel for Defendant*

                                      **PETER A. MOORE, JR.**
                                      **CLERK, U.S. DISTRICT COURT**

DATE: January 8, 2026                   /s/ *Shelia D. Foell*
                                            (By): Shelia D. Foell, Deputy Clerk